Filed at 10:25 A.M.
5/14, 2014
WKS
Deputy Clerk, U.S. District Court
Middle District of Georgia

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| CURTIS WARD and KENNETH WARD<br>Plaintiffs,<br><br>vs.<br><br>BLITZ U.S.A., INC., WAL-MART STORES, INC., WAL-MART STORES EAST, LP, and WAL-MART STORES EAST, INC.<br><br>Defendants. | ) | C/A #: 1:11-CV-00039-WLS |

**STIPULATION OF DIMISSAL WITH PREJUDICE**

This case involves allegations that a Blitz gas can sold by Wal-Mart exploded and injured Curtis and Kenneth Ward. The claims in this case are subject to a settlement trust created in the Blitz U.S.A, Inc. bankruptcy. Plaintiffs have executed a release releasing the claims at issue in connection with that settlement. As such, the Parties hereby dismiss this case with prejudice.

Dated: May 6, 2014.



| | |
|---|---|
| s/ Michael J. Goldman<br>**Warner S. Fox** (GA Bar # 272654)<br>**Michael J. Goldman** (GA Bar # 300100)<br>HAWKINS & PARNELL, LLP<br>SunTrust Plaza<br>303 Peachtree St., NE<br>Suite 4000<br>Atlanta, GA 30308-3243<br>404-614-7400<br>Fax: 404-614-7500<br>Email: wfox@hptylaw.com | s/ Brady R. Thomas<br>**Brady R. Thomas** (GA Bar #183237)<br>RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, L.L.C.<br>P. O. Box 1368<br>1730 Jackson Street<br>Barnwell, SC 29812<br>Telephone No.: (803) 541-7850<br>Fax No.: (803) 541-9625<br>E-Mail: bthomas@rpwb.com |

| | |
|---|---|
| mgoldman@hptylaw.com<br><br>ATTORNEYS FOR THE WAL-MART ENTITIES | ATTORNEYS FOR THE PLAINTIFFS |

SO ORDERED this 13th day of May, 2014.

W. Louis Sands

W. Louis Sands, Judge
United States District Court